IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOE HAND PROMOTIONS, INC.,       )
                                 )
            Plaintiff,           )
                                 )
     v.                          )
                                 )      1:22-cv-30
LOST JEWEL INVESTMENTS, LLC,     )
d/b/a SIPPI'S BAR & GRILL        )
and JOSEPH LEE COPELAND,         )
                                 )
            Defendants.          )

## ORDER

On August 15, 2023 the United States Magistrate Judge's Order, Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 22, 23.) In the Recommendation, the Magistrate Judge recommends that Defendant Copeland's motion for summary judgment be denied without prejudice as premature. No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 22), is **ADOPTED. IT IS FURTHER ORDERED** that Defendant Joseph Lee Copeland's Motion for Summary Judgment, (Doc. 15), is **DENIED WITHOUT PREJUDICE** to refiling after discovery is complete.

This the 8th day of September, 2023.

                                        _____
                                        United States District Judge